

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-10-00214-CR

_____

JAMES OWEN SPURLOCK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court No. 19,452-2006

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

James Owen Spurlock has filed a pro se notice of appeal, claiming to appeal from the trial court's denial of his post-conviction motion for DNA testing. We have now received the supplemental clerk's record containing the order signed by the trial court December 22, 2010. That order denies only Spurlock's request for appointment of counsel,[1] not Spurlock's motion for post-conviction DNA testing.

An order denying appointed counsel under Article 64.01(c) of the Texas Code of Criminal Procedure is not appealable. *Gutierrez v. State*, 307 S.W.3d 318, 319, 323 (Tex. Crim. App. 2010); *see* TEX. R. APP. P. 25.2(a)(2); TEX. CODE CRIM. PROC. ANN. art. 64.01(c) (Vernon Supp. 2010).

We dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice

Date Submitted:     January 5, 2011
Date Decided:       January 6, 2011

Do Not Publish

---

[1]The trial court did not find that reasonable grounds existed for the motion that counsel be appointed.